| | | |
|---|---|---|
| DEMORIS M. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **FIRST AMENDMENT** |
| v. | ) | **TO COMPLAINT** |
| | ) | |
| NORTH CAROLINA DEPARTMENT | ) | **(Jury Trial Requested)** |
| OF HEALTH AND HUMAN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES Plaintiff Demoris M. Johnson and amends her pleading as a matter of right pursuant to Fed. R. Civ. P. 15(a),[1] by adding the following paragraphs to her original <u>Complaint</u>:

3a.     Defendant actively participated in the EEOC process, and apparently never requested that the case be referred to the Office of Administrative Hearings.

3b.     Plaintiff filed a <u>Petition</u> in the Office of Administrative Hearings on May 15, 2013, on the grounds that Defendant failed to reasonably accommodate her, in contravention of N.C. Gen. Stat. § 168-A, the North Carolina Persons with Disabilities Act, and that her dismissal was a discriminatory and retaliatory act in contravention of the same.

7a.     Upon information and belief, Defendant has waived its sovereign immunity by its purchase of liability insurance.

---

[1]     Fed. R. Civ. P. 15(a)(1)(A) states: "A party may amend its pleadings once as a matter of course: … before being served with a responsive pleading; …"   "A motion to dismiss is not a responsive pleading for the purposes of Rule 15(a)."   <u>Domino Sugar Corp. v. Sugar Workers Local Union 392</u>, 10 F.3d 1064, 1068 n. 1 (4th Cir. 1993).   Defendant has filed a motion to dismiss but not an answer.

Respectfully submitted, this the 27th day of May, 2013.


/s/ David G. Schiller
David G. Schiller (N.C. Bar No. 26713)
SCHILLER & SCHILLER, PLLC
Professional Park at Pleasant Valley
5540 Munford Road, Suite 101
Raleigh, NC 27612
Telephone: (919) 789-4677
Facsimile: (919) 789-4469
Email: dgschiller@yahoo.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing **PLAINTIFF'S FIRST AMENDMENT TO COMPLAINT** on the following counsel via the CM/ECF system:

    Ms. Olga Vysotskaya
    N.C. Department of Justice
    Post Office Box 629
    Raleigh, NC 27602

This the 27th day of May, 2013.

        /s/ David G. Schiller
        David G. Schiller